# EXHIBIT 8

# Fayette County Board of Education



111 Fayette Avenue
Fayetteville, West Virginia 25840
304-574-1176

April 11, 2024

Aaron Siri
745 5th Ave Suite 500
New York, NY 10151

Dear Aaron Siri,

My office received your request pursuant to the West Virginia Freedom of Information Act on Friday April 5, 2024. Per your request, the information is as follows:

1) Total Number of students currently enrolled is 5382
2) The total number of students currently enrolled in and using the West Virginia Virtual Academy cannot be answered by Fayette County Schools. West Virginia Virtual Academy is a charter school not part of Fayette County.
3) The number of currently enrolled students who have been enrolled for more than 30 days and who do not have all required vaccinations -440
4) The number of currently enrolled students who have been granted a medical exemption to any required vaccination- 1
5) The number of currently enrolled students who have been granted a religious exemption to any required vaccination-none
6) The number of students who have been excluded from school based on their vaccination status due to an outbreak of any infectious disease from 2018-2019 to the present- none

Should you need additional information, please contact my office.

Sincerely,

Mr. Gary Hough
Superintendent