# EXHIBIT 11

# HARRISON COUNTY SCHOOLS

445 WEST MAIN STREET
POST OFFICE BOX 1370
CLARKSBURG, WEST VIRGINIA 26302-1370
(304) 326-7300
FAX (304) 326-7384

**BOARD OF EDUCATION**
GARY M. HAMRICK, *President*
FRANK DEVONO, JR., *Vice President*
DOUGLAS K. HOGUE, *Member*
MARY FRANCES SMITH, *Member*
WILLIAM T. TUCKER, *Member*

DORA L. STUTLER
*Superintendent*

**WEST VIRGINIA FREEDOM OF INFORMATION ACT REQUEST**

**VIA EMAIL**

April 10, 2024

Aaron Siri, Esquire
foia@sirillp.com

Re: *Unvaccinated Students (IR#10010R)*

Dear Aaron Siri:

Please allow this letter to serve as a response to your request for information under the West Virginia Freedom of Information Act ("WV FOIA") which was received by the Harrison County Board of Education (the "Board") on April 7, 2024.

**For each and every Harrison County Schools public school, please provide records sufficient to show:**

(1) the total number of currently enrolled students; 9,559

(2) the total number of students currently enrolled in and using the West Virginia Virtual Academy powered by K12; please contact the West Virginia Virtual Academy, do not have this information.

(3) the number of currently enrolled students who have been enrolled for more than 30 days, and who do not have all required vaccinations;
22 students total= 9 on medical exemptions and 13 on provisional enrollment with catch up vaccine schedule

(4) the number of currently enrolled students who have been granted a medical exemption to any required vaccination;
9 students with medical exemption from state health officer

(5) the number of currently enrolled students who have been granted a religious exemption to any required vaccination;
0 students with religious exemption- WV law does not allow religious exemptions.

*Harrison County Schools...where all are leaders and all are learners!*

6) the number of students who have been excluded from school based on their vaccination status due to an outbreak of any infectious disease. Please provide this data for the 2018-2019 school year through the present date.
0 students

Sincerely,

*Dora L Stutler* (signature)

Dora L. Stutler
Superintendent
Harrison County Schools