# EXHIBIT 12

**STATE OF WEST VIRGINIA**
**DEPARTMENT OF HEALTH AND HUMAN RESOURCES**
Bureau for Public Health
Office of Epidemiology and Prevention Services

Bill J. Crouch
Cabinet Secretary

Ayne Amjad, MD, MPH
Commissioner & State Health Officer

## REQUEST FOR MEDICAL EXEMPTION FROM COMPULSORY IMMUNIZATION FORM

(Incomplete or non-legible forms will be returned)

| Name of Student: | Birth Date: |
|---|---|
| Parent/Guardian: | Phone Number: |

| Address of Student: |
|---|
| Name of School and County: |
| School Nurse and Contact Information: |
| Healthcare Provider Requesting Exemption: |
| Address and Phone Number of Healthcare Provider: |

Select the immunizations for which the exemption is requested:

New school entry:
- ☐ Diphtheria
- ☐ Tetanus
- ☐ Pertussis
- ☐ Polio
- ☐ Measles
- ☐ Mumps
- ☐ Rubella
- ☐ MMR
- ☐ Varicella
- ☐ Hepatitis B

7th Grade:
- ☐ Tdap Booster
- ☐ Meningococcal

12th Grade:
- ☐ Tdap Booster
- ☐ Meningococcal

Is the requested exemption:
- ☐ Permanent
- ☐ Temporary
  - o Expected duration: _____

*** Continued on Page 2 ***

350 Capitol Street, Room 125 • Charleston, West Virginia 25301 • dhhr.wv.gov

Request For Medical Exemption From Compulsory Immunization Form
Page 2

Why does this child need an immunization exemption? If the request is based on a previous reaction, please attach medical records. If the child is on immunosuppressive medication, please include relevant diagnosis and duration of therapy.

_____

_____

_____

_____

Is there further information you feel is relevant to this request?

_____

_____

_____

_____

Are the vaccinations documented in this child's record in the West Virginia Statewide Immunization Information System (WVSIIS) complete?
☐ Yes
☐ No*
☐ Unsure*
*If No or Unsure, please include a copy of the child's immunization record with this request.

Requesting Healthcare Provider (Print Name) _____

Signature _____

Date _____

Rev. 10.18.2022