IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**KRYSTLE PERRY and ANTHONY PERRY,**
*Individually and on behalf of their minor child K.P.,*

    **Plaintiffs,**

v.                                              CIVIL NO. 2:24-CV-18
                                                          (KLEEH)

**STACY MARTENEY et al,**

    **Defendants.**

### ORDER STAYING CASE [ECF No. 65]

On January 22, 2025, the parties filed a joint motion to stay all proceedings due to the West Virginia Governor's recent Executive Order No. 7-25 dated January 14, 2025, and legislation that is anticipated in light of that order. ECF No. 65. For the reasons stated therein, the Court **GRANTS** the motion [ECF No. 65], **STAYS** this proceeding, and **DIRECTS** counsel to submit joint monthly status reports beginning on February 28, 2025.

It is so **ORDERED**.

Defendants' previously filed opposed motion to stay [ECF No. 54] is **DENIED AS MOOT**, with leave to re-file if necessary. The Clerk is directed to transmit copies of this Order to counsel of record.

**DATED**: January 31, 2025

                                                   */s/ Thomas S. Kleeh*
                                    THOMAS S. KLEEH, CHIEF JUDGE
                                    NORTHERN DISTRICT OF WEST VIRGINIA