IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**KRYSTLE PERRY and ANTHONY PERRY,**
*Individually and on behalf of their minor child K.P.,*

  Plaintiffs,

v.                                                              CIVIL NO. 2:24-CV-18
                            (KLEEH)

**STACY MARTENEY et al,**

  Defendants.

### ORDER MAINTAINING STAY

The Court is in receipt of the parties' separate status reports. ECF Nos. 76, 77. Plaintiffs request that the stay be lifted, while Defendants contend the stay should remain. Id. For reasons appearing to the Court, good cause remains to continue the stay in this matter.

The Court will consider the propriety of lifting the stay as the case progresses. The Court **DIRECTS** counsel to continue submitting joint monthly status reports.

The Clerk is directed to transmit copies of this Order to counsel of record.

**DATED**: July 10, 2025

*/s/ Thomas S. Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA