IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

KRYSTLE PERRY and
ANTHONY PERRY, *individually and*
*on behalf of their minor child K.P.*,

Plaintiffs,

v.

CIVIL ACTION NO. 2:24-cv-18
JUDGE KLEEH

STACY MARTENEY *in her official capacity as the Virtual Learning Coordinator of the Upshur County Virtual School;* THE BOARD OF EDUCATION OF THE COUNTY OF UPSHUR; CHRISTINE MILLER, *in her official capacity as Superintendent of the Upshur County School District*; DR. MATTHEW CHRISTIANSEN, *in his official capacities as the State Health Officer and Commissioner of the Bureau of Public Health;* and BRYAN HOYLMAN *in his official capacity as Chair of the Board of Directors of Mountain State Learning Solutions, Inc., d/b/a West Virginia Virtual Academy*,

Defendants.

**MOTION TO WITHDRAW AS COUNSEL**

COMES NOW Robert J. Kent, co-counsel for Defendants-Appellants Stacy Marteney, in her official capacity, and Christine Miller, in her official capacity, and respectfully moves the Court to enter an order permitting him to withdraw as counsel in the above-captioned matter. In support of this Motion, Attorney Kent states that he is retiring from the practice of law effective December 31, 2025. Attorney Leigh Anne Wilson will remain as counsel of record for Defendants-Appellants Stacy Marteney, in her official capacity, and Christine Miller, in her official capacity.

Dated 12/11/25.

*/s/ Robert J. Kent*
Robert J. Kent (5010)
Bowles Rice LLP
Fifth Floor, United Square
501 Avery Street, Post Office Box 49
Parkersburg, WV 26102
(304) 485-8500
Facsimile (304) 420-5587
rkent@bowlesrice.com

Leigh Anne Wilson
Bowles Rice LLP
125 Granville Square, Suite 400
Morgantown, WV 26501
(304) 554-2603
Facsimile (304) 285-2530
lwilson@bowlesrice.com

*Counsel for Defendants-Appellants Stacy Marteney, in her official capacity and Christine Miller, in her official capacity*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the parties in this case.

*/s/ Robert J. Kent*
Robert J. Kent