FILED: April 8, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2132
(2:24-cv-00018-TSK)

_____

KRYSTLE PERRY, individually and on behalf of their minor child K.P.;
ANTHONY PERRY, individually and on behalf of their minor child K.P.

      Plaintiffs - Appellees

v.

STACY MARTENEY, in her offical capacity as the Virtual Learning Coordinator
of the Upshur County Virtual School; CHRISTINE MILLER, in her official
capacity as Superintendent of the Upshur County School District

      Defendants - Appellants

 and

THE BOARD OF EDUCATION OF THE COUNTY OF UPSHUR; DR.
MATTHEW CHRISTIANSEN, in his official capacities as the State Health
Officer and Commissioner of the Bureau of Public Health; DOUG CIPOLETTI,
in his official capacity as Executive Director of the West Virginia Virtual School
Academy; BRYAN HOYLMAN, in his offical capacity as Chair of the Board of
Directors of Mountain State Learning Solutions, Inc. d/b/a West Virginia Virtual
Academy

      Defendants

_____

# JUDGMENT

_____

In accordance with the decision of this court, the judgment of the district court is reversed. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK